IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

      Plaintiff,                     CV F 04 6311 OWW  WMW  P

  vs.                                 ORDER RE MOTION (DOC 4)

A. K. SCRIBNER, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is plaintiff's motion filed on November 29, 2004.  Plaintiff's motion is styled as a motion for the correction of the docket.  Plaintiff indicates that defendant Scribner should not be listed on the caption in the order, as he is not named in this action.  A review of the operative pleading in this case reveals that A.K. Scribner is named as the lead defendant.   Plaintiff's motion for correction is therefore denied.

IT IS SO ORDERED.

**Dated:   August 18, 2005**                   /s/  **William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE