UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERMAN T. JOHNSON, | ) | 1:04-CV-06311-OWW-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | (DOCUMENT #13) |
| A. K. SCRIBNER, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2005, plaintiff filed a motion to extend time to comply with the Court's order of August 18, 2005, ordering plaintiff to file his first amended complaint within 30 days. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his first amended complaint.

IT IS SO ORDERED.

**Dated:   October 19, 2005**            /s/  **William M. Wunderlich**
j14hj0                                                  UNITED STATES MAGISTRATE JUDGE