IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

    Plaintiff,                      CV F 04 6311 OWW  WMW   P

  vs.                               ORDER RE MOTIONS
                                     (DOCS 15, 16, 17, 18)

A. K. SCRIBNER, et al.,

    Defendants.

        On August 22, 2005, an order was entered, dismissing the operative complaint in this action and granting plaintiff leave to file an amended complaint.   Subsequently, plaintiff has filed motions requesting court orders directing certain individuals to perform certain conduct or refrain from certain conduct.

        In the order dismissing the complaint, plaintiff was advised that his complaint failed to state a claim for federal relief.  Because there is no operative pleading in this case, the court does not have any jurisdiction over the individuals identified in plaintiff's motions.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.  <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

1

1. Plaintiff's motions requesting court orders against defendants (motions 15, 16, 17, 18) are denied.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:     December 8, 2005**              **/s/  William M. Wunderlich**
mmkd34                                       UNITED STATES MAGISTRATE JUDGE