IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON

    Plaintiff,                      CV F 04 6311 OWW WMW  P

  vs.                                ORDER RE MOTION (DOC 20 )

A. K. SCRIBNER, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for extension of time.  Plaintiff seeks an extension of time in which to file an amended complaint.   Plaintiff has filed his first amended complaint, which is now before the court.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time to file an amended complaint is granted, nunc pro tunc, to January 13, 2006.

IT IS SO ORDERED.

**Dated:**    **April 7, 2006**              **/s/  William M. Wunderlich**
j14hj0                                  UNITED STATES MAGISTRATE JUDGE

1