IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

       Plaintiff,                CV F 04 6311 OWW WMW PC

  vs.                            ORDER RE MOTION (DOC 29)

A. K. SCRIBNER, et al.,

       Defendants.

      On January 14, 2008, an order was entered, dismissing the first amended complaint with leave to file a second amended complaint.  On February 13, 2008, Plaintiff filed a notice of change of address, indicating that he is now housed at Salinas Valley State Prison.  Plaintiff also filed a document titled as a motion for a court order.

      Plaintiff indicates that he does not have his legal property, and requests an order directing certain officials at Salinas Valley State Prison to provide him access to his property, which was removed when Plaintiff was placed in Administrative Segregation.   Plaintiff is advised that no original legal research is required to correct the deficiencies noted in the order dismissing the first amended complaint.  The January 14, 2008, order identified the deficiencies in the first amended complaint.  The complaint failed for lack of factual allegations that state a claim for relief.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for court order, construed as a motion for extension of time in which to file a second amended complaint is granted.

2. The Clerk's Office is directed to re-serve the January 14, 2008, order upon Plaintiff at his address of record.

3. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated:   February 19, 2008**          /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE