IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN T. JOHNSON,

       Plaintiff,                CV F 04 6311 OWW WMW PC

   vs.                            ORDER

A. K. SCRIBNER, et al.,

       Defendants.

      On January 14, 2008, an order was entered, dismissing the first amended complaint with leave to file a second amended complaint. On February 13, 2008, Plaintiff filed a notice of change of address, indicating that he is now housed at Salinas Valley State Prison. Plaintiff also filed a document titled as a motion for a court order.

      Plaintiff indicated that he did not have his legal property, and requested an order directing certain officials at Salinas Valley State Prison to provide him access to his property, which was removed when Plaintiff was placed in Administrative Segregation. By order entered on February 20, 2008, Plaintiff was advised that no original legal research is required to correct the deficiencies noted in the order dismissing the first amended complaint. The January 14, 2008, identified the deficiencies in the first amended complaint. The complaint failed for lack of factual allegations that state a claim for relief. Plaintiff was granted a thirty day extension of

time in which to file an amended complaint.  On March 17, 2008, Plaintiff filed a motion for the appointment of counsel.  In that motion, Plaintiff recounts the difficulties he is having in litigating his case.  Plaintiff notes that he is having difficulty gaining access to his legal property.  The Court will provide Plaintiff with a copy of the January 13, 2006, first amended complaint and a copy of the January 14, 2008, order.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The Clerk's Office is directed to send to Plaintiff a copy of the January 13, 2006, first amended complaint and a copy of the January 14, 2008, order.

      2.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

      IT IS SO ORDERED.

**Dated:   April 2, 2008**              /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE